IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ALPHONSO GRANT, | § | |
| | § | |
| v. | § | C.A. NO. C-07-216 |
| | § | |
| NATHANIEL QUARTERMAN. | § | |

## MEMORANDUM AND RECOMMENDATION TO DENY PETITIONER'S MOTION TO PROCEED *IN FORMA PAUPERIS*

Petitioner is a state inmate currently incarcerated at the McConnell Unit in Beeville, Texas who has filed a habeas petition pursuant to 28 U.S.C. § 2254. (D.E. 1). On May 2, 2007, he filed a motion to proceed *in forma pauperis*. (D.E. 2). On May 18, 2007, he filed a copy of his inmate trust account statement. (D.E. 7).

Petitioner's inmate trust account statement indicates that he currently has a balance of $56.35 in his inmate trust account. (D.E. 7, at 2). Over the last six months, the deposits into his trust fund account have totaled $450.00. Id. Moreover, there are no holds on his account. Id. The filing fee for a habeas corpus petition is $5.00.

It is respectfully recommended that petitioner be found not indigent and that his application to proceed *in forma pauperis*, (D.E. 2), be denied. It is further respectfully recommended that petitioner be instructed to pay the filing fee within

twenty (20) days of the date of entry of any order adopting this memorandum and recommendation, or voluntarily dismiss the petition. Finally, it is respectfully recommended that petitioner be advised that failure to pay the fee within the time period proscribed may result in dismissal of his petition for failure to prosecute.

Respectfully submitted this 21st day of May 2007.

_____
BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within **TEN (10) DAYS** after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to 28 U.S.C. § 636(b)(1)(C); Rule 8(b)(3) of the Rules Governing § 2254 Cases; Rule 72(b) of the Federal Rules of Civil Procedure; and Article IV, General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendations in a magistrate judge's report and recommendation within TEN (10) DAYS after being served with a copy shall bar that party, except upon grounds of *plain error*, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. Douglass v. United Servs. Auto Ass'n, 79 F.3d 1415 (5th Cir. 1996) (en banc).