UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ALPHONSO GRANT, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL ACTION NO. C-07-00216 |
| § | |
| NATHANIEL QUARTERMAN, § | |
| § | |
| Respondent. § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
### TO DENY PETITIONER'S MOTION TO PROCEED *IN FORMA PAUPERIS*

On May 21, 2007, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that petitioner be found not indigent and that his application to proceed *in forma pauperis* (D.E. 2) be denied; further, that petitioner be instructed to pay the filing fee within twenty (20) days of the date of entry of any order adopting this memorandum and recommendation, or voluntarily dismiss the petition, and further be advised that failure to pay the fee within the time period proscribed may result in dismissal of his petition for failure to prosecute. Seeing no objection to this recommendation by either party and having now reviewed the recommendation, the Court takes note of the petitioner's payment of the $5.00 filing fee on May 25, 2007, and hereby adopts as its own the Memorandum and Recommendation as the decision of the Court.

Accordingly, the Court finds that petitioner is not indigent and his application to proceed *in forma pauperis* (D.E. 2) is denied.


The clerk shall enter this order and provide a copy to all parties.

SIGNED this 30th day of May, 2007.

_____
Janis Graham Jack
United States District Judge