UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ALPHONSO GRANT, | § | |
| | § | |
|     Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. C-07-00216 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| | § | |
|     Respondent. | § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO SUMMARILY DISMISS PETITIONER'S WRIT OF HABEAS CORPUS

On May 31, 2007, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that this petition be summarily dismissed because petitioner has not obtained permission from the Fifth Circuit to file a successive habeas petition. The Memorandum and Recommendation further recommended that petitioner is not entitled to a certificate of appealability.  Seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court.  Accordingly, it is

    ORDERED that this petition is summarily dismissed because petitioner has not obtained permission from the Fifth Circuit to file a successive habeas petition. Certificate of appealability is denied.

The clerk shall enter this order and provide a copy to all parties.

SIGNED this 9th day of July, 2007.

_____
Janis Graham Jack
United States District Judge